# **EXHIBIT B**

### CORIZON OPEN AR - HOSPITAL BILLING (HB)

| Payor | Values Volume of Accounts | Total Charges | Total Payments | Total Adjustments | Total Claims Amt Due | Total Interest Due |
|---|---|---|---|---|---|---|
| CORIZON - 1325 | 1,352 | $ 7,036,217 | $ - | $ - | $ 3,575,039 | $ 308,932 |
| **Grand Total** | **1,352** | **$ 7,036,217** | **$ -** | **$ -** | **$ 3,575,039** | **$ 308,932** |

### CORIZON OPEN AR- PROFESSIONAL BILLING (PB)

| Payor | Values Volume of Charges | Total Charges | Total Payments | Total Adjustments | Total Claims Amt Due | Total Interest Due |
|---|---|---|---|---|---|---|
| CORIZON - 1325 | 1966 | $ 897,733 | $ - | $ - | $ 328,191 | $ 28,937 |
| **Grand Total** | **1966** | **$ 897,733** | **$ -** | **$ -** | **$ 328,191** | **$ 28,937** |

| HB/PB COMBINED TOTAL | Values | | | | | |
|---|---|---|---|---|---|---|
| | Total Volume | Total Charges | Total Payments | Total Adjustments | Total Claims Amt Due | Total Interest Due |
| **CORIZON- 1325 TOTAL** | **3,318** | **$ 7,933,950** | **$ -** | **$ -** | **$ 3,903,229** | **$ 337,869** |