UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

W.A. FOOTE MEMORIAL HOSPITAL
d/b/a ALLEGIANCE HEALTH,
a Michigan Nonprofit Corporation,   Case No. 2:22-cv-11981-DML-DRG
                                    Hon. David M. Lawson
    Plaintiff,

v.

CORIZON HEALTH, INC.
a Delaware Corporation,

    Defendant.
_____/

The Dragich Law Firm PLLC
David G. Dragich (P63234)
January A. Dragich (P63108)
Eric C. Addy (P85474)
17000 Kercheval Ave., Suite 210
Grosse Pointe, MI 48230
(313) 886-4550
ddragich@dragichlaw.com
jdragich@dragichlaw.com
eaddy@dragichlaw.com

Leo Nouhan & Associates PLC
Leo A. Nouhan (P30763)
22930 E. Nine Mile Rd.
St. Clair Shores, MI 48080
(313) 550-0304
lnouhan@nouhanlaw.com

*Attorneys for Plaintiff W.A. Foote Memorial Hospital d/b/a Allegiance Health*
_____/

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff W.A. Foote Memorial Hospital d/b/a Allegiance Health and its counsel, hereby give notice that the above captioned action is voluntarily dismissed against Defendant Corizon Health, Inc., pursuant to the terms of the Settlement Agreement and Mutual Release.

Dated: December 22, 2022

| | |
|---|---|
| **DRAGICH LAW FIRM PLLC** | **LEO NOUHAN & ASSOCIATES PLC** |
| By:/s/ January A. Dragich | By:/s/ Leo A. Nouhan (w/consent) |
| David G. Dragich (P63234) | Leo A. Nouhan (P30763) |
| January A. Dragich (P63108) | 22930 E. Nine Mile Rd. |
| 17000 Kercheval Ave., Suite 210 | St. Clair Shores, MI 48080 |
| Grosse Pointe, MI 48230 | (313) 550-0304 |
| (313) 886-4550 | lnouhan@nouhanlaw.com |
| ddragich@dragichlaw.com | Counsel for Plaintiff |
| jdragich@dragichlaw.com | |
| Counsel for Plaintiff | |